IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JAMES WILLIAMS, DECEASED, BY
AND THROUGH MARGIE WILLIAMS,
AS ADMINISTRATRIX OF THE
ESTATE AND ON BEHALF OF THE
WRONGFUL DEATH BENEFICIARIES
OF JAMES WILLIAMS, DECEASED,                                    PLAINTIFFS,

VS.                                                    CIVIL ACTION NO. 4:04CV116-P-B

NED HOLDER, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS
SHERIFF OF SUNFLOWER COUNTY,
MISSISSIPPI; SUNFLOWER COUNTY,
MISSISSIPPI; JAMES MOORE,
INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY AS SUNFLOWER COUNTY
JAIL ADMINISTRATOR; BOBBIE PATTON,
INDIVIDUALLY AND AS DEPUTY SHERIFF
OF SUNFLOWER COUNTY, MISSISSIPPI;
AND JOHN DOE(S), INDIVIDUALLY AND
AS DEPUTY SHERIFF OF SUNFLOWER
COUNTY, MISSISSIPPI,                                            DEFENDANTS.

## ORDER

This matter comes before the court upon Defendants' Motion to Dismiss and for Qualified Immunity, and in the Alternative, Motion for Summary Judgment [11-1]. Upon due consideration of the motion and the responses filed thereto, the court finds as follows, to-wit:

Given subsequent activity on the docket, *i.e.*, the amendment of the complaint and the filing of the defendants' new motion for summary judgment, the court concludes that the instant motion is moot.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendants' Motion to

Dismiss and for Qualified Immunity, and in the Alternative, Motion for Summary Judgment [11-1] is hereby **DENIED AS MOOT**.

**SO ORDERED** this the 25th day of May, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE