IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JAMES WILLIAMS, DECEASED, BY
AND THROUGH MARGIE WILLIAMS,
AS ADMINISTRATRIX OF THE
ESTATE AND ON BEHALF OF THE
WRONGFUL DEATH BENEFICIARIES
OF JAMES WILLIAMS, DECEASED, PLAINTIFFS,

VS. CIVIL ACTION NO. 4:04CV116-P-B

NED HOLDER, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS
SHERIFF OF SUNFLOWER COUNTY,
MISSISSIPPI; SUNFLOWER COUNTY,
MISSISSIPPI; JAMES MOORE,
INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY AS SUNFLOWER COUNTY
JAIL ADMINISTRATOR; BOBBIE PATTON,
INDIVIDUALLY AND AS DEPUTY SHERIFF
OF SUNFLOWER COUNTY, MISSISSIPPI;
AND JOHN DOE(S), INDIVIDUALLY AND
AS DEPUTY SHERIFF OF SUNFLOWER
COUNTY, MISSISSIPPI, DEFENDANTS.

## ORDER

This matter comes before the court upon Defendants' Motion for Summary Judgment [50-1]. Upon due consideration of the motion and the responses filed thereto, the court finds as follows, to-wit:

After viewing the facts in a light more favorable to the plaintiffs, the court concludes that the defendants have not met their burden in proving the lack of a genuine issue of material fact. In other words, the court has not been convinced that trial is unnecessary in this case. Accordingly, the motion for summary judgment is not well-taken and should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment [50-1] is hereby **DENIED**.

**SO ORDERED** this the 25th day of May, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE